UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANTHONY EVANS,

        Petitioner,        Case No. 1:12-cv-738

v.                                  Honorable Paul L. Maloney

CARMEN PALMER,

        Respondent.

_____/

## ORDER

In accordance with the Opinion entered this day:

**IT IS ORDERED** that a certificate of appealability is **DENIED**.

Dated:   October 26, 2012           /s/ Paul L. Maloney
                                                 Paul L. Maloney
                                                 Chief United States District Judge