UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANTHONY EVANS,

                Petitioner,                Case No. 1:12-cv-738

v.                                        Honorable Paul L. Maloney

CARMEN PALMER,

                Respondent.
                                          /

## **JUDGMENT**

In accordance with the Opinion entered this day:

**IT IS ORDERED** that Petitioner's application for habeas corpus relief be **DISMISSED** with prejudice pursuant to Rule 4 of the Rules Governing § 2254 Cases because it fails to raise a meritorious federal claim.

Dated:   October 26, 2012                     /s/ Paul L. Maloney
                                                                 Paul L. Maloney
                                                                 Chief United States District Judge